# Exhibit A12



# ADAIR & MYERS
### P.L.L.C.

February 1, 2009

**VIA CMRRR # 70080500000122800881**
Mid-Continent Casualty Company
P.O. Box 2968
Tulsa, OK 74101-2968

Re:   Claim Number:     1828124
      Insured:          Hallmark Design Homes, L.P., Joe B. Partain
      Policy No.:       04-GL-000717323
      Policy Term:      5/28/08-1/20/09
      Claimant:         Kipp Flores Architects, LLC
      Date of Loss:     1/19/09

To Whom It May Concern:

We are in receipt of your reservation of rights letter dated January 25, 2010. The insured accepts coverage under the reservation of rights subject to the following limitations. As we are sure you are aware, tendering a reservation of rights creates a conflict of interest between the insurer and the insured.[1] Because of this conflict of interst, the insured properly controls its defense, including the selection of independent defense counsel.[2]

In light of the conflict of interest created by the reservation of rights, the insureds do not consent to the placement of this case with Cooper & Scully, P.C. and are exercising their rights to obtain independent counsel. The insureds have selected this law firm to defend them against the above-referenced claim in Civil Action No. 4:09-CV-00850.

Rest assured, this firm is fully qualified and equipped to defend this suit. We have already been engaged in the defense of this suit for several months and we are familiar with the parties, legal and factual issues, attorneys and judges. Obtaining new defense counsel would only duplicate the efforts to obtain our level of existing familiarity with the case at great expense to you. We have already identified numerous defenses that we believe will be a strong basis to challenge the allegations made by the plaintiff in this suit. Furthermore, our firm has attorneys experienced in intellectual property disputes, including the defense of copyright infringement and advertising injury claims such as those present here.

Please provide us with your billing guidelines and any other information or documentation you require in order to be able to enter into a retainer agreement with this firm. When we receive your request we will forward the firm's retainer agreement. Unless the carrier

---

[1] *Northern County Mut. Ins. Co. v. Davalos*, 140 S.W.3d 685 (Tex. 2004).
[2] *Rhodes v. Chicago Ins. Co.*, 719 F.2d 116, 120 (5th Cir.1983); *Steel Erection Co. v. Travelers Indem. Co.*, 392 S.W.2d 713 (Tex. Civ. App.—San Antonio 1965).

O   (713) 522-2270     3120 SOUTHWEST FREEWAY
F   (713) 522-3322     SUITE 320
cas@am-law.com        HOUSTON, TEXAS 77098

enters into an engagement letter with the firm, we will bill at standard rates on a monthly basis and require full payment within 30 days of presentation of the invoice. At such time, the firm shall charge interest thereon until paid.

We anticipate that you may elect to challenge the insureds' right to select this firm to defend them under the policy terms despite the clarity of the law on the subject. Please be advised, if Mid-Continent refuses to recognize the insureds' right to independent counsel, we will seek a declaratory judgment to establish the insureds' rights to select independent counsel. In that event, the insureds will be entitled to collect damages and the attorney's fees expended in the declaratory judgment action.

Thank you for your time and attention to this important matter. We look forward to your prompt response.

Very truly yours,

Christopher A. Stevenson

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark
Here

Sent To  Mid-Continent Casualty Co.
Street, Apt. No.; or PO Box No.  P.O. Box 2968
City, State, ZIP+4  Tulsa, OK 74101-2968

7008 0500 0001 2280 0881

PS Form 3800, August 2006          See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mid-Continent Casualty Co.
P.O. Box 2968
Tulsa, OK 74101-2968

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
FEB 04 2010

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

USPS

3. Service Type
☐ Certified Mail     ☐ Express Mail
☐ Registered         ☐ Return Receipt for Merchandise
☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number      7008 0500 0001 2280 0881
(Transfer from service label)

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540